UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

CLARA RUPLINGER, Plaintiff,

v.  Civil Action No. 3:19-cv-583-DJH-RSE

LOUISVILLE/JEFFERSON COUNTY
METRO GOVERNMENT et al., Defendants.

\* \* \* \* \*

## ORDER

The parties jointly moved "to immediately destroy the mugshot of Plaintiff" pursuant to their settlement agreement in this matter. (Docket No. 51)  The motion was referred to Magistrate Judge Regina S. Edwards for a report and recommendation. (D.N. 53) Judge Edwards entered her Report and Recommendation on August 3, 2022, recommending that the motion be granted and Ruplinger's booking photograph be destroyed. (D.N. 54) The time for objections to the magistrate judge's findings and recommendations has now run, with no objections filed. *See* 28 U.S.C. § 636(b)(1)(C); Fed. R. Civ. P. 72(b)(2).

Because no party has objected to the Report and Recommendation, the Court may adopt it without review. *See Thomas v. Arn*, 474 U.S. 140, 150 (1985).  Nevertheless, the Court has conducted its own review of the record and sees no error in the magistrate judge's findings and conclusions.  Accordingly, and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** as follows:

(1) The Report and Recommendation of Magistrate Judge Regina S. Edwards (D.N. 54) is **ADOPTED** in full and **INCORPORATED** by reference herein.

(2) The joint motion to destroy the mugshot of Plaintiff Clara Ruplinger (D.N. 51) is **GRANTED**.

1

2

(3)     The parties shall provide the Court with notice that this matter has been finally settled or otherwise report on the status of resolution by **September 5, 2022**.

August 22, 2022

David J. Hale, Judge
United States District Court

2